IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MC 115-004 |
| | ) | (formerly CR 113-171) |
| THOMAS JOE GARZA, II | ) | |

**O R D E R**

On May 29, 2015, the Court issued a Show Cause Order notifying Defendant that the Court was instituting criminal contempt proceedings for violations of three pre-trial release conditions. Defendant was given notice of the charges against him and was directed to appear on June 15, 2015 at a show cause hearing. The charges against him consisted of failing to (1) surrender any passport to the United States Probation Officer; (2) submit to testing for a prohibited substance if required by the pretrial services officer or supervising officer; and (3) restrict his travel to the Northern and Southern District of Georgia, in violation of the conditions of his pre-trial release. See United States v. Garza, CR 113-171, doc nos. 13, 19, 22 (S.D. Ga., May 29, 2015)

At the hearing on June 15, 2015, Defendant stipulated to the three violations of the conditions of his pre-trial release. (Court's recording system, *For The Record*, (hereinafter "FTR"), 10:01:20 – 02:15.) Defendant also stipulated to the factual basis for the three violations contained in the petition for revocation of pre-trial release and addendum thereto. (FTR 10:04:25 – 05:35; United States v. Garza, CR 113-171, doc nos. 19, 22 (S.D. Ga., Apr. 30, 2015).) Given the stipulations and evidence in the record, the Court made a finding that all three

elements of criminal contempt had been met as to all three violations of pre-trial release. In accordance with the pronouncement at the June 15th hearing, Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixty days. In coming to this total term, the Court has respectively sentenced Defendant to fifteen days imprisonment for the first violation, fifteen days imprisonment for the second violation, and thirty days imprisonment for the third violation, in accordance with the provisions of 28 U.S.C. § 636(e)(5).

SO ORDERED this 24th day of June, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA